BUCKINGHAM BUILDERS, INC. *et al.*, Plaintiffs-Appellants, *v.* ROBERT W. HEINZE, Defendant-Appellee.

(No. 55649; )

First District—July 14, 1971.

*Abstract of Decision*

Opinion by Mr. JUSTICE BURMAN.

Robert J. Anderson, of Palatine, for appellants.